IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Mason Gollett 08-1562 )
(full name) (Register No). ) 20-3032-CV-S-MDH-P

Case No. ______

Plaintiff(s).

v.

April Bryan et al.
(Full name)

Defendant(s).

Defendants are sued in their (check one):
___ Individual Capacity
X Official Capacity
___ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): metropolitan St. Louis Psychiatric center 5351 Delmar blvd. St. Louis mo 63112

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Mason Gollett Register No. 08-1562
Address 301 E. historic Rt. 66 suite 136 waynesville missouri 65583

B. Defendant April Bryan

Is employed as Leutenant

For additional plaintiffs or defendants, provide above information in same format on a separate page.

IN The UNited States District Court
For The western District of missouri

Mason Gollett 081562
(Full name) (Register NO)

PLaintiff(s).

V.

case NO. ______

Jason Simmons
Devon Gastler
Ryan Shaffer
marcus Robison
Jason bourcier
stephen Taylor
Amanda Kruse
Jerry Anderson
Breasia sessoms
JohNNy Burgess
Timothy Boone
Lorenzo Valdivia
Lisa Valverde
David Brown
Casey Chapman
Hailie Nickels
Patricia Graham
Jimmy bench

Defendants are sued in their (check one):

___ individual capacity
X official capacity
___ Both

II. Parties to this civil action:

A. Plaintiff: mason Gollett Register NO: 08-1562
Address: M. S. L. P. C. 5351 Del Mar Blvd.
St. Louis MO. 63112

B. Defendant: Jason simmons
Is employed as: correctional officer

B. Defendant: Devon Gastler
Is employed as: correctional officer

B. Defendant: Ryan shaffer
Is employed as: correctional officer

B. Defendant: Marcus Robison
Is employed as: correctional officer Sgt.

B. Defendant: Jason bourciel
Is employed as: correctional officer CPL.

B. Defendant: stephon Taylor
~~Isem~~ Is employed as: correctional officer

B. Defendant: Amanda Kruse
Is employed as: correctional officer

Defendant: Jelly Anderson
Is employed as: correctional officer

II. Parties to this civil action:

A. Plaintiff: mason Gollett Register NO.: 08-1562
Address: M.S.L.P.C. 5351 Delmar Blvd St. Louis mo. 63112

B. Defendant: Bleasia sessoms
Is employed as: collectional officer

B. Defendant: Johnny Burgess
Is employed as: Captain

B. Defendant: Timothy Boone
Is employed as: Deputy

B. Defendant: Lorenzo valdivia
Is employed as: Deputy

B Defendant: Lisa valverde
Is employed as: Deputy

B Defendant: David Brown
~~ea~~ Is employed as: Deputy

B. Defendant: casey chapmon
Is employed as: Deputy

B. Defendant: Hailie Nickels
Is employed as: Evidence Technician

II. Parties to this civil action:

A. Plaintiff: Mason Garrett Register NO 08-1562
Address: M.S.L.P.C. 5351 Delmar Blvd.
St. Louis, MO. 63112

B. Defendant: Patricia Graham
Is employed as: jail Administrater clerk

B. Defendant: jimmy beach
Is employed as: sheriff

III. Do your claims involve medical treatment? Yes ____ No X

IV. Do you request a jury trial? Yes ____ No X

V. Do you request money damages? Yes X No ____

State the amount claimed? $1,000,000/.00 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ____ No X

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes X No ____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ____ No X

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

N/A

D. If you have not filed a grievance, state the reasons.

they have failed to respond to my prior complaints, preventing me from filing another.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ____ No X

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ____ No X

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: N/A
(Plaintiff) (Defendant)

(2) Date filed: N/A

(3) Court where filed: N / A

(4) Case Number and citation: N / A

(5) Basic claim made: N / A

(6) Date of disposition: N/A

(7) Disposition: N /A
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: N/A
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

ON 8/18/2019 at or around 5am - 8am their was a raid that took place in the Pulaski County jail That Jimmy bench Gave consent to do, & was upheld By Jason Simmons, Devon Gastler Ryan Shaffer, Marcus Robison, Jason heurcier, stephen Taylor, Amanda Kruse, Jerry Anderson, Breasia sessoms, Johnny Burgess, Timothy Boone, Lorenzo Valdivia, Lisa Valverde, David Brown, Casey Chapman, Neil Nickols, & patricia Graham, April Blyon.

During this raid my legal mail which held the ~~case no.~~ Case No. 19-2305 was taken, altored, or destroyed along with my personal belongings, I was not The only to suffer these act's. I also Reported this to the 8th circit court.

B. State briefly your legal theory or cite appropriate authority:

this Act was in Clear vilation of my [4th Amendment] to be secure in my papers & effects aginst unreasonable ~~sea~~ searches & seizures at all times when they took & destroyed my legal mail, Reffer too [18 U.S. code §1705] & doing so caused a interfence of a legal process, Reffer too [575.160 R.S.Mo.] They obstructed the proceeding before the 8th circuit Federal court of Appeals which held case no. 19-2305, Reffer too [18 U.S. code §1505] thus infringing on my constitutional Rights.

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Force Puloski County's Jail & Sheriff's department to ~~make~~ pay me the $1,000,000.00 as requested.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. N/A

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes____ No X

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court? Yes ______ No X

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 20th day of January 2020

Mason [signature]
Signature(s) of Plaintiff(s)

Mason Garrett 1-W
METROPOLITAN ST LOUIS PSYCHIATRIC CENTER
5351 DELMAR BOULEVARD
ST LOUIS MO 63112

MO 650-2989 (3-96)

LEGAL MAIL

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.65⁰
02 1P
0000864132 JAN 21 2020
MAILED FROM ZIP CODE 63112

x2

RECEIVED
2020 JAN 27 PM 1:00
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Office of the Clerk
United States District Court
Western District of Missouri
Kansas City, Missouri 64106